

Goldman & Biafore, Dennis H. Esposito, Providence, for respondent.

Bruce G. Pollock, Asst. Public Defender, for defendant-petitioner.

## ORDER

The petition for writ of certiorari is denied.

## ORDER

The petition for writ of certiorari and motion for stay are denied.

**Barbara L. SLEBODA**

v.

**Henry John SLEBODA.**

**No. 79–177–A.**

Supreme Court of Rhode Island.

Feb. 28, 1980.

Joseph E. Marran, Jr., Pawtucket, for petitioner.

Alan T. Dworkin, Cranston, for respondent.

## ORDER

The motion to withdraw as counsel for petitioner in this appeal is denied at this time without prejudice to its being renewed at a future date if warranted by the circumstances.

**STATE**

v.

**Gerald GORDON et al.**

**No. 78–416–C.A.**

Supreme Court of Rhode Island.

Feb. 28, 1980.

Dennis J. Roberts II, Atty. Gen., Faith A. LaSalle, Special Asst. Atty. Gen., for plaintiff.

Aram K. Berberian, Warwick, for defendants.

## ORDER

The state's motion to dismiss this appeal is assigned to the motion calendar for Wednesday, April 9, 1980 at 9:30 a. m. for oral argument. The clerk of the Superior Court is directed to file with this court those exhibits which were not transmitted with the record.

**STATE**

v.

**Edward C. ACQUISTO.**

**No. 80–82–M.P.**

Supreme Court of Rhode Island.

Feb. 28, 1980.

Dennis J. Roberts II, Atty. Gen., Stephen Lichatin III, Special Asst. Atty. Gen., Chief, Appellate Division, for plaintiff-respondent.

**STATE**

v.

**Robert D. SMITH.**

**No. 79–317–M.P.**

Supreme Court of Rhode Island.

Feb. 28, 1980.

Dennis J. Roberts II, Atty. Gen., for plaintiff-respondent.